# ELECTRONIC RECORD

714-15

COA #  07-14-00011-CR                OFFENSE: 21.11

STYLE: Michael Chamberlain v. The State of Texas        COUNTY: Carson

COA DISPOSITION:    MODIFIED/AFFIRMED    TRIAL COURT: 100th District Court

DATE: 04/16/2015            Publish: NO    TC CASE #:    5332

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Chamberlain v. The State of Texas        CCA #:  714-15

_____APPELLANT'S_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____            JUDGE: _____

DATE: __11/11/15__            SIGNED: _____        PC: _____

JUDGE: _Per Curiam_            PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**